UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| LUCKY BROTHERS MARKET AND ASIAN FOODS, | ) ) ) | No. 15 cv 2029 EJM |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's unresisted motion to dismiss, filed September 1, 2015. Granted.

This case involves an appeal from a determination by the U.S. Department of Agriculture that plaintiffs violated the Supplemental Nutrition Assistance Act, 7 U.S.C. §2011. On September 8, 2015, defendant filed a Notice that it did not object to the dismissal of this action.

It is therefore

ORDERED

Granted. Dismissed.

September 9, 2015

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT